# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHARLES S. MANLEY, JR.

    Plaintiff,

vs.

STATE OF NEVADA, et al.,

    Defendants.

Case No. 3:11-CV-00636-RCJ-(WGC)

**ORDER**

This is an action on a civil rights complaint pursuant to 42 U.S.C. § 1983, removed from state court (#1). The complaint was previously screened by the court (#8). The matter shall now proceed.

**IT IS ORDERED** as follows:

1. The Clerk shall electronically serve a copy of this order, the court's screening order (#8) and a copy of plaintiff's complaint on the Office of the Attorney General of the State of Nevada, attention Pamela Sharp.

2. Subject to the findings of the amended screening order, the Attorney General's Office shall advise the court within twenty-one (21) days of the date of the entry of this order whether it can accept service of process for any named, but unserved defendants. As to any of the named defendants for which the Attorney General's Office cannot accept service, the Office shall file, under seal, the last known address(es) of those defendant(s).

3. If the Attorney General's Office declines to accept service for any of the defendant(s), plaintiff shall file a motion identifying those defendant(s), requesting issuance of a summons, and specifying a full name and address for said defendant(s).

4. If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the complaint within sixty (60) days from the date of this order.

5. Henceforth, plaintiff shall serve upon defendant(s) or, if an appearance has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or other document submitted for consideration by the court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants. If counsel has entered a notice of appearance, the plaintiff shall direct service to the individual attorney named in the notice of appearance, at the address stated therein. The court may disregard any paper received by a district judge or magistrate judge which has not been filed with the Clerk, and any paper received by a district judge, magistrate judge, or the Clerk which fails to include a certificate showing proper service.

Dated: This 31st day of January, 2012.

_____
ROBERT C. JONES
Chief United States District Judge