UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES MANLEY, JR. | ) | 3:11-cv-00636-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | June 7, 2012 |
| STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Defendants have filed a Motion for Leave to Take Deposition of Incarcerated Person.  (Doc. # 29.)

　　Good cause appearing, Defendant's motion (Doc. # 29) is **GRANTED**.  Defendant shall provide Plaintiff with a copy of the deposition at Defendant's expense.


**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK


　　　　　　　　　　　　　　　　　　　　　　　By:　　　　/s/　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk