UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES MANLEY, | ) | 3:11-cv-00636-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 16, 2012 |
| | ) | |
| ALAN ZIMMER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Before the court are two motions filed by plaintiff, Plaintiff's Motion for Order of Court (Doc. #42), and Plaintiff's Motion for Extension of Discovery (Doc. #43).

　　Plaintiff's Motion for Court Order requests he be provided a copy of the case docket sheet in this case. (Doc. #42).  Plaintiff is advised he should not expect to receive free copies of the docket sheet and/or additional copies of court filings as a matter of course.  He will be provided notices of filings by the Clerk as papers are filed in this matter.  However, in this instance, plaintiff's request shall be granted on a one-time basis.

　　Plaintiff's motion (Doc. #42) is therefore **GRANTED.**  The Clerk of the Court is directed to send a copy of the docket sheet in this matter to the plaintiff.

　　As to plaintiff's motion for an extension of the discovery deadline (Doc. #43), the court will defer ruling on this motion until the court receives and reviews the defendants' response to the motion.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK


　　　　　　　　　　　　　　　　　　　　　　　　By:　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk