**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES MANLEY, | 3:11-CV-636-RCJ-WGC |
| Plaintiff, | |
| vs. | **MINUTE ORDER** |
| STATE OF NEVADA, *et al.*, | FEBRUARY 25, 2013 |
| Defendants. | |

**MINUTE ORDER IN CHAMBERS:**

Before the Court are Plaintiff's Motion for Document Before the Court Be Heard (ECR #28) filed with the Court on April 12, 2012; Motion for Documents Filed with this Court be Heard, and Plaintiff Receive Written Rulings (ECF #30) filed with the Court on May 18, 2012; and Motion for Documents Filed with this Court be Heard, and Plaintiff Receive Written Rulings (ECF #39) filed with the Court on July 30, 2012.

On January 20, 2012, Plaintiff filed his first Motion for Appointment of Counsel (ECF #12). On February 16, 2012, the Court entered an Order (ECF #18) denying Plaintiff's motion. Plaintiff filed a second Motion for Appointment of Counsel (ECF #35) and the Court entered it's Order (ECF #38) denying Plaintiff's Second Motion for Appointment of Counsel (ECF #35) on July 18, 2012, good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion for Document Before the Court Be Heard (ECR #28), Motion for Documents Filed with this Court be Heard, and Plaintiff Receive Written Rulings (ECF #30) and Motion for Documents Filed with this Court be Heard, and Plaintiff Receive Written Rulings (ECF #39) are DENIED AS MOOT.

IT IS SO ORDERED.

DATED this 25th day of February, 2013.

_____
ROBERT C. JONES
UNITED STATES DISTRICT CHIEF JUDGE