UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES S. MANLEY, JR. ) | 3:11-cv-00636-LRH-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | July 3, 2013 |
| ) | |
| THE STATE OF NEVADA, et. al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Leave to Amend the Complaint. (Doc. # 99.) Defendants do not oppose Plaintiff's motion. (Doc. # 100.) In his motion, Plaintiff asserts that he received a declaration from Defendants in connection with an ongoing discovery dispute which indicated that Renee Baker and E.K. McDaniel should be added as defendants to this action with one additional count against them for deliberate indifference based on their alleged failure to respond to Plaintiff's complaints of excessive force. (*Id*. at 1-2.) While Plaintiff has included the proposed amendment as to Renee Baker and E.K. McDaniel (Doc. # 99 at 11-13), he has not included a proposed amended pleading that is complete in and of itself.

Plaintiff's motion (Doc. # 99) is **GRANTED, IN PART**. Plaintiff's request for leave to amend is **granted**; however, Plaintiff is hereby ordered to **file on or before July 17, 2013**, in accordance with Local Rule 15-1(a), an amended complaint that is complete in and of itself without reference to the superseding pleading, that includes the claims previously allowed to proceed as well as the new count against Renee Baker and E.K. McDaniel. Plaintiff is not permitted to add any other claims or defendants other than as permitted in this order.

**IT IS SO ORDERED.**

                                                          LANCE S. WILSON, CLERK
                                                          By:  /s/
                                                          Deputy Clerk