## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES MANLEY, JR. | ) | 3:11-cv-00636-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | October 22, 2013 |
| STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion for Enlargement of Time to Respond to Discovery (First Request). (Doc. # 140.)  Defendants seek a one week enlargement of time, until October 28, 2013, to submit their responses to Plaintiff's set of interrogatories to Defendant Rowley. Also before the court is Defendants' Motion for Enlargement of Time to File Reply to Plaintiff's Opposition to Defendants' Motion for Partial Dismissal (Second Request) (Doc. # 141.)  Defendants ask the court for an extension of time to and including November 5, 2013, to submit their reply to Plaintiff's opposition to the Defendants' motion for partial dismissal.

Good cause appearing, Defendants' motions (Docs. # 140 and # 141) are **GRANTED**, as follows:

1**.**  Defendants shall have an enlargement of time **up to and including October 28, 2013,** within which to submit their responses to Plaintiff's second set of interrogatories to Defendant Rowley; and,

2.  Defendants shall have an extension of time **to and including November 5, 2013,** within which to file their reply to the Plaintiff's opposition to Defendants' motion for partial dismissal.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
       Deputy Clerk