# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES S. MANLEY, JR.,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>STATE OF NEVADA, et al.,  )<br>  )<br>  Defendants.  )<br>_____ ) | 3:11-cv-00636-RCJ-WGC<br><br>**MINUTES OF THE COURT**<br><br>November 21, 2013 |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Withdraw "both his motion to extend Interrogatories and motion to extend discovery." (Doc. # 158.)

Good cause appearing, Plaintiff's Motion to Withdraw (Doc. # 158) is **GRANTED.** Plaintiff's Motion for Leave to Extend Limit on Interrogatories (Doc. # 146) and Motion to Extend Discovery (Doc. # 147) are therefore **DENIED as moot.**

Also before the court is Defendants' Request for Status Conference. (Doc. # 164.) Defendants ask the court to either set their request for a status conference to establish a briefing schedule relative to Plaintiff's discovery motions filed as Docs. ## 159, 160, 161, 162 and 163 or address their request at the hearing already set in this matter.

Defendants' motion (Doc. # 164) is **GRANTED.** The motion hearing scheduled for November 25, 2013, will also address the matters outlined in Defendants' request (Doc.#164).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  _____/s/_____
       Deputy Clerk