## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES S. MANLEY, JR. | ) | 3:11-cv-00636-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 27, 2014 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Court Order to Extend the NDOC Copy Work Limit (2nd Request). (Doc. # 217.)  The court previously deferred a decision on Plaintiff's motion pending receipt of a report from Defendants concerning the status of Plaintiff's copy work balance. (Doc. # 217.)  Subsequent thereto Defendants provided their report (Doc. # 222) and Plaintiff responded (Doc. # 227). After review of the parties' briefing on the subject, the court was still unable to discern an accurate balance of plaintiff's copy work expenditures and directed Defendants to submit a Supplemental Statement regarding Plaintiff's inmate banking accounts. (Doc. # 228.)

The court has now received the Defendants' Supplemental Report. (Doc. # 229.)  The report reflects that with the addition of the court's recent extension of plaintiff's copy work allowance in this case ($20.00; Doc. # 216), the total amount available to Plaintiff copy work as of March 21, 2014, is $43.40. It thus appears Plaintiff has more than an adequate amount available for copy work funds.

Plaintiff's motion (Doc. # 217) is therefore **DENIED.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk