UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MANLEY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALAN ZIMMER, et. al.,<br><br>　　　　　　　　　　Defendants. | 3:11-cv-00636-RCJ-WGC<br><br>**ORDER** |

Before the court are two motions filed by Plaintiff: (1) Plaintiff's Motion for Teleconference (Doc. # 241), and (2) Plaintiff's Motion for a Court Order Extending the NDOC Copywork Limit (3rd Request) (Doc. # 242). Defendants have not yet had an opportunity to respond to these motions; however, because of the time constraints facing the parties on deadlines for dispositive motions, the court will conduct a status conference in the near future, at a date to be scheduled by the courtroom deputy.

### I. Motion for Teleconference (Doc. # 241)

Motions are typically decided without oral argument once briefing is completed unless the court in its discretion deems otherwise. L.R. 78-2. In this instance, responses to Plaintiff's motions are not due until May 19, 2014. The deadline to filing dispositive motions is May 30, 2014. (Doc. # 237). The court is concerned that any lingering discovery dispute might be asserted as grounds to further delay the dispositive motion deadline.

Therefore, Plaintiff's motion (Doc. # 241) is **GRANTED**. The courtroom deputy is **directed** to schedule a discovery status conference in this matter as soon as the court's calendar will permit. In addition, Defendants' are directed to **file and serve** a response to Plaintiff's motion addressing the substantive discovery issues asserted in the motion, and shall **submit** copies of defendant Rowley's and defendant Hammock's supplemental discovery responses about

which Plaintiff complains. The court recognizes this imposes a burden upon defendants' counsel, but in view of the tortured history of this case and with the rapidly approaching dispositive motion deadline, the court wants to resolve the remaining discovery issues as soon as possible wand avoid further delay of the resolution of this litigation.

### II. Motion for Court Order Extending the NDOC Copywork Limit (Doc. # 242)

The court will address plaintiff's request regarding copy work at the discovery status conference. Defendants shall **file** a response regarding the current status of Plaintiff's copy work account prior to the teleconference.

**IT IS SO ORDERED.**

DATED: May 6, 2014

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE