UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES MANLEY, | ) | 3:11-cv-00636-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 20, 2017 |
| | ) | |
| STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Before the court is Plaintiff's Motion for Status Conference (ECF No. 299). Defendants have responded with a Non-Opposition to Plaintiff's Motion for Status Conference (ECF No. 300).

    Plaintiff's Motion for Status Conference (ECF No. 299) is **GRANTED**. The courtroom administrator shall schedule a status conference as soon as the court's calendar will accommodate it.

    **IT IS SO ORDERED.**

                                        DEBRA K. KEMPI, CLERK


                                        By:      /s/
                                             Deputy Clerk